IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAMANTHA NICHOLE HOUSTON GOODALE, Individually and As Next Friend of L.R.G., Minor Child of RANDALL GLEN GOODALE, JR., Deceased,<br>    *Plaintiff*,<br><br>V.<br><br>MARK SEGUIN, NATHAN BUNDY, and THE CITY OF SAN ANTONIO, TEXAS,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>5:22-cv-00031-XR |

**PLAINTIFF'S SUPPLEMENTAL VIDEO EVIDENCE
IN RESPONSE TO DEFENDANT SEGUIN'S MOTION TO DISMISS**

NOW COMES Plaintiff, Samantha Nichole Houston Goodale, et. al, files this Supplemental Video Evidence in Response to Defendant Seguin's Motion to Dismiss, filed June 14, 2022. Dkt. No. 8. Plaintiff's proposed submission is labeled *Exhibit A - Bundy BWC (from DEF COSA 1308).mp4*. In support of her response, Plaintiff respectfully shows the Court the following:

This is matter arises from the January 2020 fatal shooting of Randall Glen Goodale Jr by officers of the Lone Star Fugitive Task Force. On June 14, 2022, Defendant Mark Seguin filed his Rule 12(b)(6) Motion to Dismiss. Dkt. No. 8. The Court is set to hear Defendant's motion on Thursday, November 10, 2022. Dkt. No. 25. The proposed video evidence consists of Defendant Officer Nathan Bundy's Body Worn Camera (BWC) footage and depicts the shooting of Mr. Goodale. The video has been shortened to about 1 minute 16 seconds. As stated in Plaintiff's Motion for Leave, Plaintiff submits this video evidence purely for the Court's consideration and has agreed to submit the video without any additional comment.

Respectfully submitted,

**LAW OFFICES OF MALONEY & CAMPOLO**
926 S. Alamo St.
San Antonio, Texas 78205
210.922.2200 (telephone)
210.923.1313 (telecopier)
tmaloney@maloneyandcampolo.com
ecampolo@maloneyandcampolo.com

By:      */s/Tim Maloney*
         TIM MALONEY
         State Bar No. 12887380
         ERIC A. CAMPOLO
         State Bar No. 24094579

AND

**TOSCANO LAW FIRM, PC**
846 Culebra Road, Suite 500
San Antonio, TX 78201
(210) 951-0696
(210) 201-7381 fax
toscanolawfirm@gmail.com

BY:      /s/ Patrick J. Toscano
         PATRICK J. TOSCANO
         State Bar Number:  24025684

*Attorneys for Plaintiff Samantha Nichole Houston Goodale, Individually and As Next Friend of L.R.G., Minor Child of Randall Glen Goodale, Jr., Deceased*

## Exhibit A

Provided electronically to the Court via Dropbox.

https://www.dropbox.com/s/8ftek8759m9cqjb/Exhibit%20A%20-%20Bundy%20BWC%20%28from%20DEF%20COSA%201308%29.mp4?dl=0