# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAMANTHA NICHOLE HOUSTON GOODALE, INDIVIDUALLY AND AS NEXT FRIEND OF L.R.G., MINOR CHILD OF RANDALL GLEN GOODALE, JR., DECEASED; | § § § § § | Civil Action No. SA-22-CV-00031-XR |
| *Plaintiff*, | § § | |
| v. | § § | |
| MARK SEGUIN, DEPUTY U.S. MARSHAL, IN HIS INDIVIDUAL CAPACITY; NATHAN BUNDY, SAN ANTONIO POLICE OFFICER, IN HIS INDIVIDUAL CAPACITY; AND THE CITY OF SAN ANTONIO, TEXAS, | § § § § § § § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Final Judgment is rendered pursuant to FED. R. CIV. P. 58. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Samantha Nichole Houston Goodale shall take nothing by her claim against Defendant Mark Seguin, and Plaintiff's claim against Defendant Seguin is **DISMISSED PREJUDICE**. Plaintiff's claims against Defendant Bundy and the City of San Antonio remain pending.

It is so **ORDERED**.

**SIGNED** this 17th day of November, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE